## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

James Sobucki III

                                          Plaintiff,

v.                                                        Case No.: 1:19−cv−02279

                                                                Honorable Mary M. Rowland

Centrum−East West Arenas Venture, LLC

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 30, 2021:

       MINUTE entry before the Honorable Mary M. Rowland: The joint motion for approval of FLSA settlement [98] is granted. The Court has reviewed the settlement agreement entered in this case and finds it fair and reasonable. The agreement was negotiated at arms−length with the assistance of a magistrate judge. The parties engaged in extensive discovery and explored the legal issues and assessed the risks of litigation prior to reaching a settlement. The counsel involved in this case are very competent employment counsel. The court therefore approves the settlement. The case is dismissed without prejudice until February 10, 2022, to allow the court to enforcement settlement agreement. On February 11, 2022 the dismissal will automatically convert to a dismissal with prejudice and the court will lose jurisdiction over the case. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.